STATE OF CONNECTICUT *v.* JOSEPH JAMES

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 64 Conn. App. 495 (AC 19910), is granted, limited to the following issues:

"1. Was the Appellate Court correct in refusing to incorporate the inquiry of *Lozada* v. *Deeds*, 498 U.S. 430, 432, 111 S. Ct. 860, 112 L. Ed. 2d 956 (1991), into the abuse of discretion standard of review of denials of state requests for permission to appeal?

"2. If not, was the Appellate Court nevertheless correct in dismissing the state's appeal?"

The Supreme Court docket number is SC 16591.

*Marjorie Allen Dauster*, assistant state's attorney, in support of the petition.

*Matthew J. Costello*, in opposition.

Decided September 20, 2001